IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDALL W. GRAY, | ) | |
| | ) | |
| Petitioner, | ) | 4:07CV3099 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON,[1] | ) | ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on plaintiff's motion to extend brief date (Filing No. 20). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said's motion is granted; plaintiff shall have until January 7, 2008, to file a brief in opposition to respondent's motion for summary judgment motion.

DATED this 5th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

[1] The Court notes defendant's true name is Robert Houston, and the clerk of court shall correct the records accordingly.