IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDALL W. GRAY, | ) | |
| | ) | |
| Petitioner, | ) | 4:07CV3099 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on the motion of Robert R. Otte and Heidi M. Sprague and the law firm of Morrow, Poppe, Otte & Watermeier, P.C., to withdraw as counsel for petitioner (Filing No. 27). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; Robert R. Otte and Heidi M. Sprague and the law firm of Morrow, Poppe, Otte & Watermeier, P.C., are deemed withdrawn as counsel of record for petitioner.

DATED this 26th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court