IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDALL W. GRAY, | ) | |
| | ) | |
| Petitioner, | ) | 4:07CV3099 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

      This matter is before the Court on petitioner's motion to reconsider (Filing No. 29), and respondent's motion to dismiss petitioner's motion to reconsider (Filing No. 33).  Rule 52(b) provides:

> On a party's motion filed no later
> than 10 days after entry of
> judgment, the court may amend its
> findings . . . .

      If it were treated as a motion for new trial, Rule 59(b) provides:

> Any motion for a new trial shall be
> filed no later than 10 days after
> entry of judgment.

Petitioner's motion is not timely filed and will, therefore, be denied.  Accordingly,

      IT IS ORDERED:

      1) Respondent's motion to dismiss petitioner's motion to reconsider is granted;

2) Petitioner's motion for reconsideration is denied.

DATED this 28th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court